## CRIMINAL COMPLAINT

- **MAGISTRATE'S CRIMINAL MINUTES**
- **Detention Hearing Held**

| | | | | | |
|---|---|---|---|---|---|
| | | | | TIME IN COURT: | 35 MINUTES |
| **Filed in Open Court:** | Date: 10/29/2025 | | Start Time 2:50 P.M. | Tape: FTR | |

| MAGISTRATE JUDGE | **JOHN K. LARKINS III** | COURTROOM DEPUTY CLERK: | Cynthia Mercado |
|---|---|---|---|
| Case Number: | 1:25-MJ-1116-JSA | Defendant's Name: | Billy Joe Cagle |
| AUSA: | Paul Jones | Defendant's Attorney: | Renee Rockwell, Preston Haliburton, and Konrad Ziegler |
| USPO/PTR: | Emma Moses/Jamie Bowers | Type Counsel: ( ) FDP    ( ) CJA    (X) Retained | |

| | ARREST DATE | |
|---|---|---|
| | INITIAL APPEARANCE HEARING HELD. | |
| | INTERPRETER: | |

### COUNSEL

| | | | |
|---|---|---|---|
| | ORDER appointing Federal Defender as counsel for defendant. | ( )   INITIAL APPEARANCE ONLY. | |
| | ORDER giving defendant | | to employ counsel. |

### PRELIMINARY HEARING

| | | | |
|---|---|---|---|
| | Preliminary hearing SET | | |
| | Defendant WAIVES preliminary hearing. | WAIVER FILED. | |
| | Preliminary hearing HELD. | Probable cause found; defendant held to District Court. | |

### BOND/PRETRIAL DETENTION HEARING

| | |
|---|---|
| X | Detention Hearing Held. |
| X | Defendant's Motion to Continue Detention Hearing [Doc. 7] is DENIED as untimely. |
| X | Government's Motion for Detention [Doc. 3] is GRANTED. |
| X | Order of Detention Pending Trial is filed. |
| X | Defendant to remain in U.S. Marshal's custody. |