IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL DOCKET CASE NO. |
| | ) | 1:25-cr-00471-SEG-LRS-1 |
| BILLY JOE CAGLE | ) | |

## MOTION FOR COMPETENCY EVALUATION UNDER 18 U.S.C. §§ 4241 and 4242

COMES NOW Mr. Billy Joe Cagle, by and through counsel and respectfully moves this Court under 18 U.S.C. §§ 4241 and 4242, to order that a psychiatric or psychological examination of the defendant be conducted, showing this Court as follows:

1. On October 29, 2925, the grand jury of this Court indicted Mr. Billy Joe Cagle, alleging violations of 18 U.S.C. §§ 37(a)(l), 875(c), 922(g)(l), and 924(a)(8) all alleged to have occurred on October 20, 2025. *See* Criminal Indictment 1:25CR471 [Doc. 8].

1

2. Upon information and belief, on October 20, 2025 and at all times relevant to the above counts, Mr. Cagle was suffering from a mental, psychological, and/or psychiatric condition that would render Mr. Cagle not guilty of the above counts by reason of insanity.

3. Mr. Cagle is, contemporaneously with this motion, filing a notice of the defense of insanity at the time of the alleged offenses as required by FRCrP 12.2.

4. Mr. Cagle respectfully requests that this Court order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247(b) and (c).

5. Upon information and belief, Mr. Cagle's mental condition has presented itself as episodic, with periods of stability and instability. In an abundance of caution, Mr. Cagle respectfully requests this Court, under 18 U.S.C. 4241, to order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court,

pursuant to the provisions of section 4247(b) and (c), on the issue of competency to stand trial.

This 1st day of December, 2025.

                                                      Respectfully submitted,
                                                    HALIBURTON LAW FIRM, PC

                                                    s/ Preston L. Haliburton
                                                    PRESTON L. HALIBURTON
                                                    Georgia Bar No. 142222
                                                    Attorney for Mr. Billy Joe Cagle

310 Newnan Street
Suite A
Carrollton, Georgia 30117
(404) 217-9028
prestonhaliburton@gmail.com

                                                    s/ F. Renee Regard Rockwell
                                                    F. RENEE REGARD ROCKWELL
                                                    Georgia Bar No. 349620
                                                    Attorney for Mr. Billy Joe Cagle

3481 Lakeside Drive NE
Ste. P306
Atlanta, GA 30326-1368
404-551-0000 Direct Dial
404-504-7033 Office
ReneeRockwell@gmail.com

        LEE & ZIEGLER, LLP

        <u>s/ Konrad G.W. Ziegler</u>
        KONRAD G.W. ZIEGLER
        Georgia Bar No. 178342
        Attorney for Mr. Billy Joe Cagle

150 North Street
Suite M
Canton, Georgia 30114
(678) 871-0501
kziegler@leeandzieglerlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

4

This is to certify that I have this day served the foregoing Motion for Competency Evaluation under 18 U.S.C. §§ 4241 and 4242, which is formatted in Century Schoolbook 14 pt., in accordance with Local Rule 5.1(C), with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record upon:

Paul R. Jones, Esq.<br>
Assistant United States Attorney<br>
600 Richard B. Russell Building<br>
75 Ted Turner Drive, SW<br>
Atlanta, Georgia 30303

This 1st day of December, 2025

LEE & ZIEGLER, LLP

s/ Konrad G.W. Ziegler
KONRAD G.W. ZIEGLER
Georgia Bar No. 178342
Attorney for Mr. Billy Joe Cagle